THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARIUS DICKERSON, #Y17304      )
          )
       Plaintiff,       )
          )
vs.          )    Case No. 3:19-cv-01129-GCS
          )
HEATHER CECIL,      )
          )
       Defendant.     )

## NOTICE AND ORDER

This case is before the Court for case management. Defendant Cecil was sent a request for Waiver of Service of Summons, which was returned executed and her responsive pleading was due by March 8, 2021. (Doc. 29, 30). To date, Cecil has failed to move, answer, or otherwise plead in response to the First Amended Complaint.[1]

The Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. *See* FED. R. CIV. PROC. 55(a). Accordingly, the Court **ORDERS** as follows:

    1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against

       Cecil in accordance with Federal Rule of Civil Procedure 55(a).

---

[1] The screening order directed Defendant to "timely file an appropriate responsive pleading to the First Amended Complaint" and states that Defendant "shall not waive filing a reply pursuant to 42 U.S.C. § 1997e(g)." (Doc. 13, p. 6). Because the Court specifically ordered Defendant to respond to the First Amended Complaint, Defendant Cecil cannot rely on the Prison Litigation Reform Act to avoid the entry of default. *See* 42 U.S.C. § 1997e(g)(2). *See* e.g., *Vinning v. Walks*, No. 01-CV-994-WDS, 2009 WL 839052, *1 n.2 (S.D. Ill. Mar. 31, 2009)(noting that default against defendant was proper because the Court exercised its authority under 42 U.S.C. § 1997e(g)(2) by directing the defendant to file a reply to plaintiff's complaint, and the defendant "disregarded that direct [o]rder").

2)  The Clerk of Court is **DIRECTED** to transmit a copy of this Order

and the entry of default to Plaintiff and Defendant Cecil.

**IT IS SO ORDERED.**

**DATED:  March 22, 2021.**

Digitally signed
by Judge Sison 2
Date: 2021.03.22
10:49:34 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**